Honorable Cathy Seibel, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JAMAR SMYTHE,

                16 Civ. 2451 (CS) (JCM)

-against-

[~~PROPOSED~~] ORDER TO
MODIFY COURT'S
PROTECTIVE ORDER

CITY OF YONKERS, ET AL.,

Defendants.
------------------------------------------------------------------

## ORDER

Now on this 3rd day of ~~August~~ September, 2019, upon consideration of Plaintiff's oral application before this Court on August 27, 2019 that the Protective Order and Amended Confidentiality Stipulation (Dockets 64, 69) be modified to allow Plaintiff to share the entirety of production from the Westchester County District Attorney's Office (WCDAO) with the Attorney General's office as it relates to Plaintiff's pending action captioned <u>Jamar Smythe v. The State of New York</u> before Judge Walter Rivera in the Court of Claims, Claim Number 129542, it is hereby:

ORDERED, that the Protective Order and Amended Confidentiality Stipulation (Dockets 64, 69) in the above-captioned matter ~~have been~~ are hereby modified to allow Plaintiff to share the entirety of production from the WCDAO with the Attorney General's office as it relates to Plaintiff's pending action captioned <u>Jamar Smythe v. The State of New York,</u> Claim Number 129542. The Attorney General's Office shall abide by both the Protective Order and the Amended Confidentiality Stipulation, which deem all Confidential Information pursuant to "Attorney's Eyes Only."

SO ORDERED:

*Cathy Seibel*
_____
Honorable Cathy Seibel
United States District Judge